JARKA CORPORATION, Respondent, *v.* FIREMAN'S FUND INDEMNITY COMPANY et al., Appellants.

Submitted November 21, 1955; decided December 1, 1955.

*Thomas P. Curtin* and *Jeremiah G. Mahony* for motions. *Chester Bordeau* and *John M. Johnston* opposed.

Motions dismissed, with $10 costs, upon the ground that the Court of Appeals lacks jurisdiction to entertain the motions (Civ. Prac. Act, § 589, subd. 1, par. [b]).